UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Joe, J'Lovfonte Jerome | Docket No. | 0980 1:22CR02095-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant J'Lovfonte Jerome Joe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 20th day of September 2022, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Conditions of pretrial release were reviewed and signed by Mr. Joe on September 22, 2022, acknowledging an understanding of his requirements, to include Standard Condition number 9.

**Violation #1**: Mr. Joe is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, cocaine, on or about April 19, 2023.

On May 4, 2023, this officer received a notification from Mr. Joe's treatment provider, Barth Clinic, that Mr. Joe had a positive drug screen for cocaine use on April 21, 2023.

On May 15, 2023, this officer met with Mr. Joe to discuss his uranalysis results. Mr. Joe admitted to having consumed cocaine on or about April 19, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  May 23, 2023 |
| by | s/Arturo Santana |
| | Arturo Santana U.S. Pretrial Services Officer |

PS-8
Re: Joe, J'Lovfonte Jerome
May 23, 2023
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

May 24, 2023
Date