UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Joe, J'Lovfonte Jerome | Docket No. | 0980 1:22CR02095-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant J'Lovfonte Jerome Joe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 20th day of September 2022, under the following conditions:

**Special Condition #11**: Defendant shall be restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**Special Condition #6**: Defendant shall abstain totally from the use of alcohol.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of pretrial release were reviewed and signed by Mr. Joe on September 22, 2022, acknowledging an understanding of his requirements, to include Special Conditions numbers 11 and 6.

**Violation #1**: Mr. Joe is alleged to be in violation of his pretrial release conditions by leaving his residence without the permission of his probation officer on July 4, 2023.

On July 3, 2023, Mr. Joe contacted his pretrial services officer and requested to visit his girlfriend's parent's home for a 4th of July cookout. Mr. Joe was not approved to leave his residence for this activity on July 4, 2023.

On July 4, 2023, this officer received notification from the location monitoring agency BI Total Access (BI), that Mr. Joe left his residence without a schedule or permission at 3:48 p.m. Mr. Joe did not have preapproval from his probation officer to leave his residence.

**Violation #2**: Mr. Joe is alleged to be in violation of his pretrial release conditions by consuming alcohol on July 4, 2023.

On July 12, 2023, this officer contacted Mr. Joe to follow up on his activity from July 4, 2023. This officer asked Mr. Joe if there was any activity that he should not have engaged in on this date in question. Mr. Joe stated he purchased an alcohol beverage, a bottle of vodka, at a convenience store before he returned to his residence. Mr. Joe stated he consumed the alcohol at his motel room while accompanied by his girlfriend.

**Violation #3**: Mr. Joe is alleged to be in violation of his pretrial release conditions by leaving his residence without the permission of his probation officer on July 9, 2023.

On July 9, 2023, at 2:04 a.m., this officer received notification from the location monitoring agency BI that Mr. Joe left his residence without a schedule or permission at 1:36 a.m.. Mr. Joe did not have preapproval from his probation officer to leave his residence.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2023

by s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 13, 2023

Date