FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-CR-02095-SAB-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| J'LOVFONTE JEROME JOE, | |
| Defendant. | **ECF Nos. 89, 90** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 89) and related Motion to Expedite (ECF No. 90). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court to "add a special condition to allow him to work outside the Eastern District of Washington and permit him to stay overnight at, or near, the location of the jobsite." ECF No. 89. The United States Attorney's Office defers to the United States Probation/Pretrial Services Office, the latter of which has no objection to Defendant's request. *Id*.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 90**) is **GRANTED**.

ORDER - 1

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 89**) is **GRANTED**.

3. **Defendant shall abide by the following Special Condition of release at all times:**

**17. Defendant may—with prior approval from and at the discretion of the supervising officer—travel outside of the boundaries of the Eastern District of Washington strictly for the purpose of employment. When outside the District, Defendant shall continue to participate in GPS monitoring, check-in with the supervising officer daily, and continue to follow all directions and conditions related to supervision.**

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 22, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2