✎ PS 8 (3/15)    Case 1:22-cr-02095-SAB    ECF No. 121    filed 09/25/24    PageID.437    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Joe, J'Lovfonte Jerome      Docket No.      0980 1:22CR02095-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant J'Lovfonte Jerome Joe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 20th day of September 2022, under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #10:** Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of pretrial release were reviewed and signed by Mr. Joe on September 22, 2022, acknowledging an understanding of his requirements while under pretrial supervision.

**Violation #1**: Mr. Joe is alleged to be in violation of his pretrial release conditions by removing his Global Positioning Satellite Unit (GPS) on September 25, 2024.

On September 25, 2024, Mr. Joe was instructed to report to the probation office to submit to a random drug test by 4:00 p.m. According to the B.I. Total Access program, a strap tamper was received at 4:31 p.m. The GPS unit was pinged and located in an area near the Yakima Firing Center in Selah, Washington. The GPS strap appeared to have been cut off. Mr. Joe's whereabouts is currently unknown.

**Violation #2**: Mr. Joe is alleged to be in violation of his pretrial release conditions by consuming cocaine on or before September 24, 2024.

On September 25, 2024, United States Probation Officer (USPO) Mendoza advised she received a telephone call from Merit Resource Services (Merit) reporting Mr. Joe showed for his random color line drug test on September 24, 2024, however, was unable to provide a sample. According to Merit, Mr. Joe was directed to contact his assigned USPO and report back to Merit on September 25, 2024 to submit a make up drug test. Per Merit, Mr. Joe reported as directed on September 25, 2024 and provided a presumptive positive drug test for cocaine. Mr. Joe denied cocaine use. Per Merit, Mr. Joe was advised the sample was going to be sent to Abbott Laboratory for confirmation. According to Merit, Mr. Joe refused to sign the chain of custody documents in order to send the sample to the laboratory and left the facility. Based on Mr. Joe's refusal to sign, the urine sample was unable to be sent to Abbott Laboratory for confirmation.

Re: Joe, J'Lovfonte Jerome
September 25, 2024
Page 2

On September 25, 2024, USPO Mendoza made telephone contact with Mr. Joe relating to the above information. Mr. Joe admitted to consuming cocaine and that his drug test would be positive.

**Violation #3**: Mr. Joe is alleged to be in violation of his pretrial release conditions by failing to report to the probation office as directed on September 25, 2024.

Based on the information contained in violation number 2, USPO Mendoza made telephone contact with Mr. Joe and directed him to report to the probation office on September 25, 2024, by 4:00 p.m. Mr. Joe verbalized an understanding. At approximately 3:54 p.m., Mr. Joe made telephone contact with USPO Mendoza advising he had arrived at the probation office. Mr. Joe was instructed to check in and meet with the duty officer. Mr. Joe did not report to the probation at any time on September 25, 2024, and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 9/25/2024

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 25, 2024
Date